Chapter 7
Adversary Proceeding: 16-01022
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, __Jeffrey D. Ganz__ (name), certify that service of this summons and a copy of the complaint was made : __February 12, 2016__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Romulo A. Rodrigues-Aguiar
   19 One Salem Street
   Swampscott, MA   01907

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__February 12, 2016__
Date

_____
Signature

Jeffrey D. Ganz, Esquire
Riemer & Braunstein LLP
Print Name

Three Center Plaza
Business Address

Boston, MA   02108
City          State          Zip