UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Debtor. | CASE NO. 15-12640 (MSH)<br><br>CHAPTER 7 |
| JOHN O. DESMOND, TRUSTEE FOR THE CHAPTER 7 DEBTOR, ROMULO A. RODRIGUES-AGUIAR,<br><br>Plaintiff,<br><br>v.<br><br>ROMULO A. RODRIGUES-AGUIAR,<br><br>Defendant. | ADVERSARY PROCEEDING NO. 16-01022 |

## AGREEMENT FOR JUDGMENT

The Plaintiff John O. Desmond, Trustee for the Chapter 7 Debtor, Romulo A. Rodrigues-Aguiar (the "Trustee") and the Defendant Romulo A. Rodrigues-Aguiar (the "Debtor") hereby agree that judgment shall enter for the Plaintiff and against the Defendant on Counts I, II, III, IV and V of the Complaint, and that the Debtor's discharge shall be denied pursuant to 11 U.S.C. §727(a)(2), (a)(3), (a)(4), (a)(5) and (a)(6). The Debtor waives all rights of appeal.

Executed this 30 day of January 2018.

_____
ROMULO A. RODRIGUES-AGUIAR

/s/ James Hayes
James Hayes, BBO #226790
Attorney for Romulo A. Rodrigues-Aguiar
James Hayes and Associates
82 Otis Street
Cambridge, MA 02141
(617) 547-7771
james.ace@comcast.net

[Notary Seal: DWAINE EDWARD JONES, Notary Public - State of Florida, Commission # GG 012357, My Comm. Expires Oct 28 2020]

_____
Dwaine E. Jones
1-30-2018

JOHN O. DESMOND, TRUSTEE OF
ROMULO A. RODRIGUES-AGUIAR

By his Attorneys,

/s/ Alan L. Braunstein
Alan L. Braunstein, BBO #546042
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 880-3516
abraunstein@riemerlaw.com

2073870.1

## CERTIFICATE OF SERVICE

I certify that on February 13, 2018 I served the above document entitled Agreement For Judgment on all required electronic (ECF) filers.

*/s/ James Hayes*
James Hayes, BBO #226790
Attorney for Romulo A. Rodrigues-Aguiar
James Hayes and Associates
82 Otis Street
Cambridge, MA 02141
(617) 547-7771